929 F.2d 695
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Raymond WAGSTAFF-EL, Defendant-Appellant.
 No. 91-7010.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 4, 1991.
Decided March 25, 1991.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-90-2910-JFM)
 Raymond Wagstaff-El, appellant pro se.
 Martin Stanley Himeles, Jr., Assistant United States Attorney, Baltimore, Md., for appellee.
 D.Md.
 AFFIRMED.
 Before WIDENER and K.K. HALL, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Raymond Wagstaff-El appeals from the district court's orders which reaffirmed his conviction and sentence under 18 U.S.C. Sec. 2113(a), vacated his conviction under 18 U.S.C. Sec. 2113(b), and granted summary judgment to defendants in his 28 U.S.C. Sec. 2255 action. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Wagstaff-El, CA-90-2910-JFM (D.Md. Jan. 7, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.